[No. 20740-1-II.    Division Two.    July 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ERNEST DICKERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-1-00145-5, Leonard W. Kruse, J., entered April 8, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.

[No. 34356-4-I.    Division One.    December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KANWAR JIT SINGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05524-9, Faith Enyeart Ireland, J., entered March 25, 1994. *Affirmed in part* and *remanded* by unpublished opinion per Baker, C.J., concurred in by Grosse and Cox, JJ.

[Nos. 36041-8-I; 35828-6-I.    Division One.    July 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD STEVE JONES, *Appellant*.

*In the Matter of the Personal Restraint of* DONALD S. JONES, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03705-0, Jim Bates, J., entered January 5, 1995, together with a petition for relief from personal restraint. Judgment *remanded* and petition *dismissed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Grosse, J.